**Order entered March 11, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00709-CR

### WILLIAM AUTREY, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 204th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F10-16130-Q

## ORDER

The Court has before it appellant's third motion for extension of time to file appellant's brief. In the motion, appellant asserts a transcript of an examining trial was not included in the reporter's record.

We **ORDER** the trial court to conduct a hearing to determine whether the reporter's record is incomplete. Specifically the trial court shall determine (1) whether there was an examining trial, (2) if so, whether that proceeding was recorded, the name of the court reporter, and whether the notes are available; and (3) whether any other hearings were recorded, by whom, and whether the notes are available. If the trial court determines that any hearings were recorded, but the notes are not available, the trial court shall determine whether appellant is at

fault for the loss or destruction of the notes and whether the parties can agree on a substituted record.

We **ORDER** the trial court to transmit a record of the proceedings, which shall include written findings and recommendations, to this Court within **THIRTY (30) DAYS** from the date of this order.

This appeal is **ABATED** to allow the trial court to comply with the above order. The appeal shall be reinstated thirty days from the date of this order or when the findings are received, whichever is earlier.

/s/     LANA MYERS
          JUSTICE